1048

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY
JOSEPH BLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Snoho-
mish County, No. 93-1-00098-1, James H. Allendoerfer, J.,
entered October 12, 1993. *Affirmed* by unpublished opinion
per Cox, J., concurred in by Baker, A.C.J., and Coleman, J.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
MACON, *Appellant*.

Appeal from judgments of the Superior Court for King
County, No. 91-1-00329-3, Jerome M. Johnson, J., entered
September 17, 1991, and May 10, 1993. *Affirmed* by unpub-
lished opinion per Becker, J., concurred in by Pekelis, C.J.,
Scholfield, J. Pro Tem., dissenting.

*In the Matter of the Marriage of* LUZVIMINDA ALDAYA
HINTON, *Respondent, and* KELLY JOEL HINTON,
*Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 91-3-00257-3, Roger A. Bennett, J., entered May
8, 1992. *Affirmed in part* and *remanded* by unpublished
opinion per Wiggins, J., concurred in by Seinfeld, C.J., and
Fleisher, J.